UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CURTIS BOBBY MCPHERSON,

    Petitioner,

v.                                 CASE NO: 8:06-cv-503-T-26MSS

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.
_____/

**O R D E R**

Upon due consideration, and in order to assist this Court in determining whether Petitioner's Petition for Writ of Habeas Corpus has been timely filed, it is ordered and adjudged that Petitioner shall file on or before April 17, 2006, an affidavit with the Clerk setting forth the following dates:

    1) The date the mandate issued from Florida's Second District Court of Appeal with regard to the affirmance of his judgment of conviction on direct appeal.

    2) The date he filed his motion for postconviction relief in the Florida trial court pursuant to Florida Rule of Criminal Procedure 3.850.

    3) The date Florida's Second District Court of Appeal affirmed the denial of his motion for postconviction relief.

    Petitioner's failure to follow the directives of this order in a timely manner will result in the dismissal of this case without prejudice and without further notice.

    **DONE AND ORDERED** at Tampa, Florida, on March 24, 2006.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record